Submitted June 13, 1977. Karl Baker, Assistant Defender, and Benjamin Lerner, Defender, for appellant; James C. Long, Jr., Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

379 A.2d 594

Commonwealth v. Jones, Appellant.

Argued March 24, 1977. Mary Alice Duffy, for appellant; Stephen S. Seeling, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

379 A.2d 594

Commonwealth v. Jones, Appellant.